BAUMAN, Respondent, v. TANNENBAUM, Appellant. (Supreme Court, Appellate Division, First Department. April 30, 1909.) Action by Adolph Bauman against Lippman Tan-

nenbaum. F. Bien, for appellant. H. A. Friedman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 125 App. Div. 770, 110 N. Y. Supp. 108.

BECKER, Appellant, v. BURKE et al., Respondents. (Supreme Court, Appellate Division, First Department. April 30, 1909.) Action by Hans Becker against Luke A. Burke and others. I. N. Miller, for appellant. W. F. Kimber, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.